___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

**SEP 26 2008**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRFAN GOKCE, | CASE NO. C08-0721-JLR |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| TURKISH REPUBLIC, et al., | |
| Defendants. | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to plaintiff at his last known address and to the Honorable Mary Alice Theiler.

DATED this 26th day of September, 2008.

_____
JAMES L. ROBART
United States District Judge

08-CV-00721-ORD

ORDER OF DISMISSAL
PAGE -1